**Otto J. LEHRACK, etc., Appellant, v. ALTON GRAIN ELEVATOR CO. et al.**
No. 9291.

Circuit Court of Appeals, Eighth Circuit.
June 24, 1932.

Cyrus Crane and Richard S. Righter, both of Kansas City, Mo., for appellant.

Charles M. Miller, of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal dismissed, with costs, on dismissal of appellant and consent of appellees.